UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SALLY BEAUTY SUPPLY LLC, | § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 14-cv-436 |
| NEW ENGLAND MOTOR FREIGHT, INC., | § § § | |
| Defendant. | § § | |

NEW ENGLAND MOTOR FREIGHT, INC.'S
CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant New England Motor Freight, Inc. states that no publicly traded corporation owns 10% or more of its stock, and it has no parent corporation.

July 1, 2014                                                    Respectfully submitted,

                                                                 */s/ Christopher J. Akin*
                                                                 Christopher J. Akin
                                                                 State Bar No. 00793237
                                                                 cakin@lynnllp.com
                                                                 Jonathan R. Patton
                                                                 State Bar No. 24088198
                                                                 Jpatton@lynnllp.com
                                                                 **LYNN TILLOTSON PINKER & COX, LLP**
                                                                 2100 Ross Avenue, Suite 2700
                                                                 Dallas, Texas 75201
                                                                 Telephone:   214-981-3800
                                                                 Facsimile:    214-981-3839

                                                                 **ATTORNEYS FOR DEFENDANT**
                                                                 **NEW ENGLAND MOTOR FREIGHT, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document has been served on opposing counsel, as indicated below, on July 1, 2014:

**Via E-mail and Certified Mail/RRR**
Andrew G. Jubinsky
andy.jubinsky@figdav.com
Lance V. Clack
lance.clack@figdav.com
**FIGARI & DAVENPORT, L.L.P.**
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090
*Attorney for Plaintiff*

                                            */s/ Christopher J. Akin*
                                            Christopher J. Akin

4821-1656-9116, v. 1